IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANTHONY BRITTON,<br><br>                       Plaintiff,<br><br>   v.<br><br>PAULA ALLEN, et al.,<br><br>                      Defendants. | Civil No. 05-693-CO<br><br>O R D E R |

     Magistrate Judge Cooney filed his Findings and Recommendation on September 12, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

     THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and Recommendation.

     Dated this  11  day of October, 2005.

                                                         /s/ Ann Aiken
                                       Ann Aiken, United States District Judge